# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lance Bruette, | Civil No. 19-cv-3136 (PJS/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Warden, FCI-Sandstone, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 5, 2020 (ECF No. 9), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Bruette's motion for a writ of habeas corpus (ECF No. 2) is **DENIED WITHOUT PREJUDICE**.

2. Bruette's petition for relief under 28 U.S.C. § 2255 (ECF No. 7) is **DENIED WITHOUT PREJUDICE** for lack of jurisdiction.

Date: 3/2/20

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota