# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lance Bruette, | Civil No. 19-cv-3136 (PJS/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Warden, FCI-Sandstone, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 26, 2020 (ECF No. 16), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED.**

2. This matter is **DISMISSED WITH PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  6/22/20

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota